FILED
CLERK, U.S. DISTRICT COURT

MAY 14 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS WAYNE RIPPLE,<br><br>    Defendant. | Case No.: CR 95-00596-SVW<br><br>ORDER OF DETENTION<br><br>[Fed. R. Cim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

  The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central District of California</u> for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

  The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

  The Court finds that:

A. ( ✓ ) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>Nature of the offenses;</u> <u>history of noncompliance with release conditions</u>

_____

_____

  and/or

B.   (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: Criminal record _____

_____

_____

_____

  IT IS THEREFORE ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: May, 14, 2012

*Alicia G. Rosenberg*
ALICIA G. ROSENBERG
United States Magistrate Judge