```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                  JUN 2 4 2013

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>Thomas Wayne Ripple,<br><br>  Defendant. | Case No. 2:95-CR-596-SVW<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

On arrest warrant issued by the United States District Court for the **CDCA** involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (✓) the appearance of defendant as required; and/or

   B. (✓) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

   A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: _Prior record; current allegations_ _____

   B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _History of non-compliance; lack of known bail resources; use of alias_

IT IS ORDERED that defendant be detained.

DATED: 6/24/13

_[signature]_
HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge

2